Evan Glassman
212 506 3909
eglassman@steptoe.com

**MEMO ENDORSED**



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

October 31, 2018

| The application is __X__ granted |
| ____ denied |
| _/s/ Edgardo Ramos_ |
| Edgardo Ramos, U.S.D.J |
| Dated: __10/31/2018__ |
| New York, New York |

**_Via ECF and Hand Delivery_**

Hon. Edgardo Ramos
U.S. District Court
  for the Southern District of New York
40 Foley Square
Courtroom 619
New York, NY 10007

Re:   *In re Application of Top Matrix Holdings Ltd for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782*, 18 Misc. 465

Dear Judge Ramos:

This firm represents Respondents Credit Suisse Holdings (USA) Inc., Credit Suisse (USA), Credit Suisse Securities (USA) LLC, Credit Suisse Asset Management, LLC, and Brady W. Dougan, in the above captioned matter.

This matter was initiated as an *ex parte* application for an Order for discovery in connection with a foreign proceeding under 28 U.S.C. § 1782. Yesterday, we notified Petitioner that we would be entering our appearances, and we and the Petitioner have agreed to the following proposed briefing schedule, *in lieu* of the application being considered *ex parte*: (i) Respondents have until November 30, 2018 to file their opposition to the application; and (ii) Petitioners will have until December 14, 2018 to file a reply submission.

We respectfully seek Your Honor's endorsement of this request.

Thank you in advance for your consideration. Counsel is available at Your Honor's convenience if that would be helpful.

Respectfully submitted,

Evan Glassman

cc:   All Counsel of Record
        (*via* ECF and electronic mail)