UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF TOP MATRIX HOLDINGS LTD FOR AN ORDER TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 | **ORDER**<br>18 M.C. 000465 (ER) |

Ramos, D.J.:

On December 14, 2020 the parties advised the Court that discovery in this proceeding was complete and requested that this case be closed. The Court therefore dismisses this case. The clerk of court is respectfully directed to close this case.

It is SO ORDERED.

Dated: December 15, 2020
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.